UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD LASK, | : | Case No. 1:24-cv-455 |
| Plaintiff, | : | |
| | : | District Judge Jeffery P. Hopkins |
| vs. | : | Magistrate Judge Elizabeth P. Deavers |
| | : | |
| RANDY WALTERS, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Plaintiff, an inmate at the North Central Correctional Institution has filed a civil rights complaint in this Court. (Doc. 1). The complaint is 112 pages in length. Including exhibits, it totals 371 pages.

Plaintiff's complaint fails to comply with Fed. R. Civ. P. 8(a), which provides that a complaint must contain a "short and plain statement of the claim." Although complaints may be dismissed for lack of compliance with Rule 8, *cf. Shabazz v. Xerox*, No. 1:14cv578, 2014 WL 4181600, at *1, *3 (S.D. Ohio Aug. 21, 2014) (Beckwith, J.; Bowman, M.J.) (and cases cited therein), the undersigned will provide plaintiff with the opportunity to file an amended complaint that conforms with Rule 8(a).

Accordingly, if plaintiff wishes to proceed in this action, he is **ORDERED** to file an amended complaint, **which must not exceed 20 pages in length**, setting forth in clear, short and concise terms the names of each defendant, the specific claims for relief attributable to each defendant, and the factual allegations supporting each such claim within **thirty (30) days)**. As required by S.D. Ohio Local Rule 5.1, the amended complaint should be legible and double-spaced.

Plaintiff is advised that his failure to comply with this Order may result in the dismissal of this action for want of prosecution.

The Clerk of Court is **DIRECTED** to provide plaintiff with a pro se complaint form.

**IT IS SO ORDERED.**

Date: September 6, 2024                                     *s/ Elizabeth A. Preston Deavers*
                                                           Elizabeth A. Preston Deavers
                                                           United States Magistrate Judge