**EXHIBIT A**

GRAND JURY
INDICTMENT
Crim. Rule 6,7
* * * * * * * * * *

FILED
ADAMS COUNTY
CLERK OF COURTS

2017 OCT 27 AM 10: 18

*Larry Heller*
CLERK

THE STATE OF OHIO
COURT OF COMMON PLEAS
Adams County, ss.

CASE NO. _____

September 2017

COUNT 1

*THE JURORS OF THE GRAND JURY* of the State of Ohio, within and for the body of the County aforesaid, on their oaths, in the name and by the authority of the State of Ohio, do find and present that:

On or about October 16, 2017 in Adams County, Ohio RICHARD LASK

**Did knowingly obtain, possess or use a Schedule I controlled substance, to wit: Marijuana, in an amount that equals or exceeds 40,000 grams, to wit: around 40,000 grams.**

Said act in violation of Title 29 Ohio Revised Code §2925.11(A) and against the peace and dignity of the State of Ohio.

**Possession of Marijuana**
**F-2**
**W**