## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

RICHARD LASK,                                     :

            Plaintiff,              :          Case No. 1:24-cv-00455

*vs.*                                             :          Judge Jeffrey P. Hopkins

RANDY WALTERS, *et al.*,                          :          Mag. Judge Elizabeth Preston Deavers

            Defendants.             :

## <u>NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL</u>

Now comes DeGerald L. Edwards of the law firm Teetor Westfall, LLC, 200 East Campus View Blvd., Ste. 200, Columbus, Ohio 43235, and hereby enters his appearance as additional counsel for Defendants Randy Walters, Samuel D. Purdin, David Kelley, Judge Brett M. Spencer, and "Adams County Municipality."

Respectfully submitted,

/s/  DeGerald L. Edwards
Matthew S. Teetor            (0087009)
DeGerald Edwards             (0102083)
TEETOR | WESTFALL
200 E. Campus View Blvd., Ste. 200
Columbus, Ohio 43235
(614) 412-4000  |  Fax (614) 412-9012
email:  mteetor@teetorlaw.com
        dedwards@teetorlaw.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2024, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system. A copy of this Notice was also sent via

U.S. mail, postage prepaid to:

Richard Lask
Inmate Number A748-772
North Central Correctional Institution
P.O. Box 1812
Marion, OH 43302
*Plaintiff Pro Se*

/s/ DeGerald L. Edwards
DeGerald Edwards          (0102083)