AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| RICHARD LASK | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-00455-JPH-EPD |
| RANDY WALTERS, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Honorable Judge Brett Spencer                     .

Date:    10/25/2024

/s/ Brian T. Smith
*Attorney's signature*

Brian T. Smith (0102169)
*Printed name and bar number*
600 Vine Street, Suite 2650
Cincinnati, Ohio 45202

*Address*

bsmith@mojolaw.com
*E-mail address*

(513) 381-9279
*Telephone number*

(513) 768-9244
*FAX number*