AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| RICHARD LASK )<br>*Plaintiff* )<br>v. )<br>RANDY WALTERS, et al. )<br>*Defendant* ) | Case No.  1:24-cv-00455-JPH-EPD |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Honorable Judge Brett Spencer                                                              .

Date:    10/25/2024

/s/ Cooper D. Bowen
*Attorney's signature*

Cooper D. Bowen (0093054)
*Printed name and bar number*
600 Vine Street, Suite 2650
Cincinnati, Ohio 45202

*Address*

cbowen@mojolaw.com
*E-mail address*

(513) 768-5242
*Telephone number*

(513) 768-9244
*FAX number*