IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD LASK, | : | Case No. 1:24-cv-00455 |
| Plaintiff, | : | Judge Jeffery P. Hopkins |
| | : | Mag. Judge Elizabeth P. Deavers |
| vs. | : | 42 U.S.C.S. § 1983 |
| RANDY WALTERS, et al., | : | |
| Defendants. | : | |
| | : | |

PLAINTIFF'S MOTION FOR EXTENSION TIME TO REPLY TO DEFENDANTS RANDY WALTERS, SAMUEL D. PURDIN, DAVID KELLEY, BRETT M. SPENCER AND ADAMS COUNTY MUNICIPALITY'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT, DOC.#7 Doc.#8 and Doc.12

Now comes Plaintiff, Richard Lask, pro se, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and respectfully moves this Court for an Order to grant an enlargement of time, through and including December 11, 2024, or in the alternative through and including December 2, 2024, in which to Reply to the Defendants Answer to Plaintiff's Amended Complaint, Doc.# 7, providing the Court does not Stay and/or grant Plaintiff's Motion for Leave to Amend his Complaint as respectfully requested Leave of Court to do so in the interest of justice. A memorandum in support is attached hereto.

Respectfully submitted,

*Richard Lask*
Richard Lask #A748-772
North Central Correctional Institution
P.O. Box 1812
Marion, Ohio 43302-1812

Plaintiff, pro se

FILED
RICHARD W. NAGEL
CLERK OF COURT
NOV -4 2024 1:46 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI

MEMORANDUM IN SUPPORT

The Plaintiff, Richard Lask, pro se, submits that an enlargement of time is very much needed in the case this Court denies Plaintiff's Motion for Leave to Amend his Complaint, and/or the Court does not Stay Plaintiff's Reply to the Defendants Answer to Plaintiff's Amended Complaint, Doc.# 7, through including December 11, 2024, or through and including December 2, 2024. See also Doc.8 and Doc.12.

Respectfully submitted,

Richard Lask #A748-772
Plaintiff, pro se

CERTIFICATE OF SERVICE

I, Richard Lask, Plaintiff, pro se, certify under penalty of perjury that a copy of the foregoing Plaintiff's Motion for Extension of Time to File a Reply to Defendants Answer to Plaintiff's Amended Complaint, Doc.#7, has been sent by regular U.S. Mail, postage prepaid, to Matthew S. Teetor and DeGerald Edwards, Teetor/Westfall 200 E. Campus View Blvd., Ste. 200, Columbus, Ohio 43235; and a copy was sent to Defendant Chandler Rule (Highway Patrolman) Kansas Highway - Patrol 3501 N.W. Highway 24, Topeka, KS 6618 who has not yet appeared to date with counsel; and the original copy was sent to be Filed in the United States District Court, Southern District of Ohio, Office of the Clerk, Potter Stewart US Courthouse Room 103, 100 East Fifth Street, Cincinnati, Ohio 45202 on this 28th day of October 2024.

And a copy was sent to:
Counsel of record for Hon. Judge
Brett M. Spencer
Cooper D. Bowen (0093054)
Brian T. Smith (0102169)
600 Vine Street, Suite 2650
Cincinnati, Ohio 45202

Respectfully submitted,

Richard Lask #A748-772
North Central Correctional Institution
P.O. Box 1812
Marion, Ohio 43302-1812

Plaintiff, pro se

Mr. Richard Lask #A748-772
North Central Correctional
Institution
P.O. Box 1812
Marion , Ohio 43302-1812

"LEGAL MAIL"

COLUMBUS OH 430
1 NOV 2024 PM 3 L

United States District Court
Southern District of Ohio
Office of the Clerk
Potter Stewart US Courthouse Room 103
100 East Fifth Street
Cincinnati , Ohio 45202

"LEGAL MAIL"

45202-397699