IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD LASK,**

    **Plaintiff,**

    vs.

**RANDY WALTERS,** *et al.*,

    **Defendants.**

Case No. 1:24-cv-455

Judge Jeffery P. Hopkins

Magistrate Judge Elizabeth P. Deavers

## SHOW CAUSE ORDER

Plaintiff initiated this case on August 27, 2024. (ECF No. 1.) To date, however, it does not appear that Plaintiff has effectuated service on Defendant Chandler Rule as required by Federal Rule of Civil Procedure 4(m).[1] Plaintiff is **ORDERED** to **SHOW CAUSE** within **TWENTY-ONE (21) DAYS** of the date of this order why the action should not be dismissed and why an extension of time to effect service on Defendant Rule should be allowed. The good cause showing should be supported with sworn affidavits. Plaintiff is **CAUTIONED** that failure to comply with the Court's order may result in a dismissal of his claims against Defendant Rule.

    **IT IS SO ORDERED.**

DATED: December 6, 2024

/s/ *Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Rule 4(m) provides in pertinent part that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). That said, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*