IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

DEC 26 2024 11:45 A

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI

RICHARD LASK, : Case No. 1:24-cv-00455

    Plaintiff, :

: Judge Jeffery P. Hopkins

: Magistrate Judge Elizabeth P. Deavers

vs. :

RANDY WALTERS, et al., :

    Defendants. :

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS REPLY TO SHOW GOOD CAUSE WHY AN EXTENSION OF TIME TO EFFECT SERVICE ON DEFENDANT CHANDLER RULE ISSUED BY THIS COURT'S SHOW CAUSE ORDER ON DECEMBER 6, 2024

Pursuant to Rule 4 Governing Service of Summons served with a copy of the Complaint, and following this Court's Show Cause Order, it not appearing that Plaintiff had not attempted to effectuate service on Defendant Rule (twice by certified return receipt mail) as required by Federal Rule of Civil Procedure 4(m), Plaintiff now seeks leave to Amend his Reply to the Court's Show Cause Order ordered on December 6, 2024, as this Court's specified time to reply within TWENTY-ONE (21) DAYS of the Courts order why the action should not be dismissed and why an extension of time to effect service on Defendant Rule should be allowed. Fed.R.Civ.P. 4(m). In addition, the Court instructed that the good cause showing should be supported with sworn affidavits. Plaintiff submits that he has abided by the Court's Show Cause Order, however, both "Notary Public" employess Mrs. Taylor and Mrs. West both are out on vacation. Plaintiff has no other means to declare in sworn affidavit at this time, which this matter is due before this Court on December 27, 2024. The attached Memorandum supports this Motion.

                                                      Respectfully submitted,

                                                      */s/ Richard Lask*

                                                      Richard Lask #A748-772
                                                      North Central Correctional Institution
                                                      P.O. Box 1812
                                                      Marion, OH. 43302-1812

## MEMORANDUM IN SUPPORT

On August 27, 2024 the Plaintiff initiated this case. (ECF No.1.) The Court subsequently Ordered the Plaintiff to file an Amended Complaint to conform to Rule 8 of the Federal Rules of Civil Procedure which requires a pleading that states "a short and plain statement of the claim showing the pleader is entitled to relief". Fed. R. Civ. P. 8(a)(2), (the "First Amended Complaint; Doc.#:7). Plaintiff avers under penalty of perjury 28 U.S.C. § 1746, that Plaintiff served a copy of the Amended Complaint (Doc.#7) and Served a Summons upon the Defendant Chandler Rule by "Certified U.S. Mail Return Receipt" to his last known work address at Kansas HP Troop B., 3501 N.W. Highway 24 Topeka, KS 66618, received and signed for by one Angela Jackson on 10/23/2024. See attached Exhibit - "B" Returned Signed Receipt with tracking number, and Exhibit - "A" copy of Summons Served on dated mailbox rule 09/28/2024). However, the Plaintiff admits (which he has rectified) he neglected to pursuant to Federal Rules Of Civil Procedure Rule 4 (a)(2)(b) on or after filing the complaint, the plaintiff may present a summons to the Clerk for signature and seal. If the summons is properly completed, the clerk must sign, seal, and issue it to the plaintiff for service on the defendant. Fed. R. Civ. P. 4(a)(2)(b). Rule 4 of the Federal Rules of Civil Procedure which require amendments permit a Court to permit a summons to be amended. Fed. R. Civ. P. 4(a)(2). Moreover, "service", any person who is at least 18 years old and not a party may serve a summons and complaint by registered "certified return receipt" U.S. Mail postage prepaid. Fed. R. Civ. P. 4(a)(c)(2).

Plaintiff submits that he has abided by the Court's Order to Show Cause (ECF No. 16.), however, both available employee's authoreized to perform "Notary" are out on vacation. Plaintiff at this time has no other means to declare in a "sworn affidavit" before a notary public as specified and instructed by this Court's Show Cause Order, which this matter is due before the Court on December 27, 2024. And for good cause shown, the Plaintiff seeks leave to amend his reply to have a

"notary public" attest to Plaintiff's sworn declarations in a sworn affidavit that Plaintiff's attempt's to serve a summons with a copy of the complaint upon Defendant Chandler Rule was done so in good faith. And now that the Plaintiff has aquired Defendant Rule's current address and phone number Chandler Dalton Rule (29 yrs. old) 3668 Sienna Avenue, Las Cruces, NM 88012, Ph: 785-484-2118. Plaintiff submits that at no fault of his, Defendant Rule will not be prejudiced by the Court granting an extended time period for service for an appropriate - period, seeing Defendant Rule did not leave an forwarding address.

                                          Respectfully submitted,

                                          */s/ Richard Lask*
                                          Richard Lask #A748-772
                                          Plaintiff, pro se

## CERTIFICATE OF SERVICE

I, Richard lask, Plaintiff, pro se, certiy under penalty of perjury 28 U.S.C. § 1746, that the original copy of Plaintiff's Motion for Leave to Amend his Reply to the Court's Show Cause Order (ECF No.16.), has been sent by reguler U.S. Mail, postage prepaid, for Filing in the U.S. District Court, Southern District of Ohio, Office of the Clerk, Potter Stewart US Courthouse Room 103, 100 East Fifth Street Cincinnati , Ohio 45202 on this _____18Th_____ day of _December_, 20_24_ ; and a copy was mailed to Counsel of record for Defendants: Matthew S. Teetor, Attorney at law, Teetor/Westfall 200 E. Campus View Blvd., Ste. 200 Columbus, Ohio 43235; and a copy was mailed to Cooper D. Bowen & Brian T. Smith, Attorney's at Law, 600 Vine Street Suite 2650, Cincinnati, Ohio 45202.

                                          Respectfully submitted,

                                          */s/ Richard Lask*
                                          Richard Lask #A748-772
                                          North Central Correctional Inst-
                                          itution
                                          P.O. Box 1812
                                          Marion , Ohio  43302-1812
                                          Plaintiff, pro se

Exhibit - "A", page one of two:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio
Western Division

| | | |
|---|---|---|
| RICHARD LASK | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:24-cv-00455 |
| RANDY WALTERS, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Chandler Rule - Kansas Highway Patrol Trooper
Kansas HP Troop B.,
3501 N. W. Highway 24
Topeka , Kansas 66618
Phone: 785-296-6800

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mr. Richard Lask, Plaintiff
#A748-772
North Central Correctional Institution
P.O. Box 1812
Marion , OH 43302-1812

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Page 1 of 2.

Page 2 of 2

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Richard Lask | |
| DEFENDANT | TYPE OF PROCESS |
| Chandler Rule, Kansas Highway Patrol Trooper | |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Chandler Rule, Trooper - Kansas Highway Patrol, Kansas HP Troop B.,
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3501 N. W. Highway 24, Topeka, Kansas 66618

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Richard Lask #A748-772
North Central Correctional Institution
P.O. Box 1812
Marion, OH 43302-1812

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                              Fold

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

X _Richard Lask_    TELEPHONE NUMBER        DATE 9-28-24

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | ☐ am ☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| RICHARD LASK | A748772 | 11/05/24 18:47 EST | Black/White | CRAWFORD-A/B | NCCI,CR,A,0024,0000 |

From: Sonya Fox on 11/03/24 20:22 EST

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chandler Rule, Trooper
3501 NW Highway 24,
Topeka, KS 66618

9590 9402 8403 3156 1723 21

Article Number (Transfer from service label)
9589 0710 5270 2029 7812 88

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Angela Jackson ☐ Agent ☐ Addressee

B. Received by (Printed Name) Angela Jackson

C. Date of Delivery 10/23/24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Delivery (over $500)

Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Exhibit – "B", pg. 1 of 1.

Mr. Richard Lask, #A843-442  
North Central Correctional  
Institution  
P.O. Box 1812  
Marion, Ohio 43302-1812

"LEGAL MAIL"

COLUMBUS OH 430
24 DEC 2024 PM 7 L

U.S. District Court  
Southern District of Ohio  
Office of the Clerk  
Potter Stewart US Courthouse Room 103  
100 East Fifth Street  
Cincinnati, Ohio 45202

45202-397699