IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD LASK,**

    **Plaintiff,**

    vs.

**RANDY WALTERS,** *et al.***,**

    **Defendants.**

Case No. 1:24-cv-455

Judge Jeffery P. Hopkins

Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court on Plaintiff's Motion for Enlargement of Time to Oppose Defendants Walters, Purdin, Kelley, and Adams County Municipality's Motion for Judgment on the Pleadings (ECF No. 19) and Plaintiff's Motion for Leave to Amend his Reply to Show Good Cause (ECF No. 21). The Motion for Enlargement of Time (ECF No. 19) is **GRANTED**, and the Motion for Leave to Amend (ECF No. 21) is **GRANTED in part**. Plaintiff may have until **JANUARY 17, 2025**, to file a response to Defendants' Motion for Judgment on the Pleadings. Plaintiff does not request a specific extension of time in which to amend his response to the Court's Show Cause Order. (ECF No. 21.) Accordingly, Plaintiff may have until **JANUARY 17, 2025**, to submit a sworn affidavit in support of his response to the Court's Show Cause Order.

    **IT IS SO ORDERED.**

**DATED: December 27, 2024**

*/s/ Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**