# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| RICHARD LASK, | Case No. 1:24-cv-455 |
| Plaintiff, | |
| vs. | District Judge Jeffrey P. Hopkins |
| | Magistrate Judge Elizabeth P. Deavers |
| RANDY WALTERS, *et al.*, | |
| Defendants. | |

## ORDER

This prisoner civil rights action is before the Court on plaintiff's motion to withdraw his complaint without prejudice. (Doc. 23). The motion is not opposed by defendants.

Fed. R. Civ. P. 41(a)(2) provides that the Court may dismiss an action "at the plaintiff's instance" upon "such terms and conditions as the court deems proper."

Pursuant to Fed. R. Civ. P. 41(a)(2), plaintiff's unopposed motion (Doc. 23) is **GRANTED** and this action is **DISMISSED without prejudice**.

Defendants' pending motions (Doc. 12, 18) are **DENIED as moot.**

**IT IS SO ORDERED.**

Date:  May 15, 2025

s/ *Elizabeth A. Preston Deavers*
Elizabeth A. Preston Deavers
United States Magistrate Judge